## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| RONALD EVANS, | )  Docket no. 02-cr-36-B-S |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER DENYING REQUEST FOR SENTENCE REDUCTION

Before the Court is a letter from the Defendant, dated January 23, 2008 (Docket # 43), which this Court has docketed and treated as a motion to appoint counsel and a motion to reduce sentence. Via this submission, Defendant seeks a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and the recent amendments to the Sentencing Guidelines related to crack cocaine. After reviewing the file, the Court has determined that this Defendant was sentenced to 270 months based, in part, on a finding that he was a Career Offender under USSG § 4B1.1. Because this career offender finding determined his offense level under the Guidelines, Defendant's sentence was not derived from or affected by a calculation of crack cocaine quantity and USSG § 2D1.1. Thus, the recent revisions pertaining to crack cocaine quantity do nothing to change the Defendant's Guideline range and do not provide a basis for the Court to reduce his sentence in accordance with 18 U.S.C. § 3582(c).

For this reason, the Court hereby DENIES Defendant's Motion.

SO ORDERED.

        /s/ George Z. Singal
        Chief U.S. District Judge

Dated this 19th day of February, 2008.