# United States Court of Appeals
## For the First Circuit

———————————

No. 16-1881

RONALD EVANS,

Petitioner,

v.

UNITED STATES,

Respondent.

———————————

Before

Torruella, Kayatta and Barron,
<u>Circuit Judges</u>.

———————————

**JUDGMENT**

Entered: August 3, 2016

    Petitioner Ronald Evans seeks permission to file a second or successive motion pursuant to 28 U.S.C. § 2255, to vacate his career offender enhanced sentence. His reliance upon <u>Johnson</u> v. <u>United States</u>, 135 S.Ct. 2551 (2015) and <u>Welch</u> v. <u>United States</u>, 136 S.Ct. 1257 (2016) is misplaced, however. Those decisions have no bearing on the definition of a controlled substance offense under the guidelines, and Evans admits that two prior felony convictions of a controlled substance offense provided the basis for his sentencing as a career offender. Therefore, petitioner has failed to make the necessary "prima facie showing . . . of possible merit to warrant a fuller exploration by the district court," <u>Evans-García</u> v. <u>United States</u>, 744 F.3d 235, 237 (1st Cir. 2014) (internal quotation marks and citation omitted).

    The application is <u>denied</u>.[1]

---

[1] "Th[is] . . . denial of an authorization . . . to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari." 28 U.S.C. § 2244(b)(3)(E); <u>see</u> <u>Lykus</u> v. <u>Corsini</u>, 565 F.3d 1 (1st Cir. 2009); <u>see also</u> 2255(h).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Ronald Evans
Margaret McGaughey